■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DARRELL L. JONES, Appellant, v WAYNE STRAK, Respondent. [680 NYS2d 872] —In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Lange, J.), entered September 16, 1997, which, upon the return of an order to show cause in lieu of the writ, dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Joy, Friedmann and Goldstein, JJ., concur.